SNELL, *Ex'x, v.* PARSONS.

Gen. Laws, c. 228, s. 16, does not take away the common-law right of
a party to give in evidence his book of accounts supported by his
suppletory oath, when the other party is an executor or administrator
and does not elect to testify.

Services of a lawyer may be proved by his book of accounts and supple-
tory oath.

ASSUMPSIT.    The defendant filed in set-off an account for ser-
vices as a lawyer.    The plaintiff, an executrix, did not elect to
testify.    Subject to exception, the court refused to permit the de-
fendant to put in evidence his book of accounts supported by his
suppletory oath.    Verdict for the plaintiff.

*T. J. Smith,* for the defendant.

*Copeland & Edgerly,* for the plaintiff.

BINGHAM, J.    Generally a party could not testify at common
law, but he could give in evidence his books of account supported
by his suppletory oath.    *Eastman* v. *Moulton,* 3 N. H. 157.    The
fact that the other party was an executor or administrator did not
affect this right.    By Gen. Laws, c. 228, s. 13, it is provided that
a party may testify in any civil cause.    Sections 16 and 17 of the
same chapter provide that neither party shall testify when the ad-
verse party is an executor, administrator, or insane person, unless
the executor, administrator, or guardian elects to testify, except it
clearly appears to the court that injustice may be done without his
testimony.    Section 16 is intended as an exception to section 13,
and not as an exception to the right which the party had at com-
mon law to give in evidence his books of account supported by his
oath.    The law in this respect remains as it was before any statute
was enacted upon the subject.    *Moore* v. *Taylor,* 44 N. H. 370, 374;
*Swain* v. *Cheney,* 41 N. H. 232; *Page* v. *Whidden, ante, p.* 507;
*Peirce* v. *Burroughs, ante, p.* 512.

*Verdict set aside.*

FOSTER, J., did not sit: the others concurred.